IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMIE TACKETT**                                              PLAINTIFF

v.                          No. 3:11-cv-10-DPM

**MICHAEL ASTRUE,**
**Commissioner of Social Security**                            DEFENDANT

## JUDGMENT

The Court affirms the denial of benefits. Tackett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2012